FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 02 2022
TAMMY H. DOWNS, CLERK
By: _____
DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 4:22CR 00051 LPR |
| | ) | |
| DAVID ARNESS RHODEN | ) | 18 U.S.C. § 922(g)(1) |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

A.     On or about March 19, 2021, the defendant,

DAVID ARNESS RHODEN,

had previously and knowingly been convicted of a crime punishable by a term of imprisonment exceeding one year, that is: Terroristic Threatening in the First Degree, in Pulaski County, Arkansas, Circuit Court, in Case Number 60CR-12-2682.

B.     On or about March 19, 2021, in the Eastern District of Arkansas, the defendant,

DAVID ARNESS RHODEN,

knowingly possessed, in and affecting commerce, a firearm, that is: a Glock, model 22, .40 caliber, pistol, bearing serial number FWB526, in violation of Title 18, United States Code, Section 922(g)(1).

### FORFEITURE ALLEGATION

Upon conviction of Count 1 of this Indictment, the defendant, DAVID ARNESS RHODEN, shall forfeit to the United States under Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense, including, but not limited to: one Glock, model 22, .40 caliber, pistol, bearing serial number FWB526.